UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Criminal No. 14-134 |
| v. | : |
| | : |
| DANIEL O'CONNOR | : 18 U.S.C. §§ 1707 and 2 |

### INFORMATION

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

From in or about July 2012 through on or about June 8, 2013, at Camden, in Camden County, in the District of New Jersey, and elsewhere, defendant

DANIEL O'CONNOR

did knowingly and intentionally steal, purloin, or embezzle property used by the Postal Service.

In violation of Title 18, United States Code, Section 1707, and Title 18, United States Code, Section 2.

*Paul J. Fishman*
PAUL J. FISHMAN
UNITED STATES ATTORNEY